ANNY PRINZ, APPELLANT, v. BOROUGH OF PARAMUS, RESPONDENT.

Submitted October 28, 1938—Decided January 13, 1939.

For the appellant, *Insley, Decker & Cross.*

For the respondent, *Charles Schmidt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.